# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY, LLC SERIES 830 CARNEGIE STREET,

Appellant,

vs.

WELLS FARGO BANK, N.A.,

Respondent.

No. 77189

FILED

JUL 2 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Kenneth C. Cory, District Judge
Law Offices of Michael F. Bohn, Ltd.
Kolesar & Leatham, Chtd.
Snell & Wilmer, LLP/Tucson
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-31059